AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>MARVA MARIE COOK,<br><br>**Defendant** | ) | Case No. 5:26-MJ-248 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of November 8, 2022 in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 611 | Illegal Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

INGOLF C HACK Digitally signed by INGOLF C HACK Date: 2026.10.16 15:09:40 -04'00'

*Complainant's signature*

Ingolf C. Hack, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 16, 2026

Mitchell J Katz Digitally signed by Mitchell J Katz Date: 2026.10.16 16:41:37 -04'00'

*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Ingolf C. Hack, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

### COUNT ONE
### [Voting by Alien]

1. On or about November 8, 2022, in Onondaga County in the Northern District of New York, the defendant, MARVA COOK, an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the United States Senate and the United States House of Representatives, in violation of 18 U.S.C. § 611.

The basis for my knowledge and for the foregoing charge are, in part, as follows:

2. I have been a Special Agent with Homeland Security Investigations (HSI) since October 2025. I am assigned to the Resident Agent in Charge (RAC) Syracuse, New York field office.

3. I have more than 31 years of law enforcement experience. I began my federal law enforcement career as a Border Patrol Agent in 1988 and received extensive training in immigration and naturalization law. I later attended the Criminal Investigator Training Program and Customs Basic Enforcement Schools at the Federal Law Enforcement Training Center in 1997 and received extensive training in criminal law. As a Special Agent with the legacy United States Customs Service and subsequently HSI, I have conducted criminal investigations involving immigration fraud.

4. I retired from federal service in March 2020 and returned to federal service in October 2025 as a Special Agent with HSI and received refresher training in immigration law and enforcement. I have extensive experience enforcing immigration laws and determining citizenship, including reviewing immigration records. I have also reviewed voter records, including voter applications.

5. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers; a review of immigration and voter records; an interview of the defendant; and my training and experience.

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

## PROBABLE CAUSE

7. A review of immigration records reveals that COOK is a citizen of Germany. She is not and has never been a United States citizen. A Form FS-510, Application for Immigrant Visa and Alien Registration, dated August 15, 1962, reveals that COOK was born Mona Maria Kuehn in Frankfurt, Germany. On the date the form was filed, COOK was two years old. The purpose of the application was to reside permanently in the United States with her adoptive parents in Syracuse, New York. Form FS-511, Immigrant Visa and Alien Registration, filed on August 17, 1962, shows an Immigrant Visa issued to Mona Maria Kuehn. She was admitted into the United States by the Immigration and Naturalization Service at McGuire Air Force Base, New Jersey, on August 23, 1962.

8. A review of public records reveals COOK has lived in the area of Onondaga County, New York, since March 1985. COOK legally changed her name from Mona Maria Kuehn to Marva Marie COOK in 2020.

9. On or about August 11, 2020, U.S. Citizenship and Immigration Services (CIS) received a Form I-90, Application to Replace Permanent Resident Card, signed by COOK on July 19, 2020. In that form, COOK updated CIS with a legal name change from Mona Maria Kuehn to Marva Marie COOK.

10. Records obtained from the Onondaga County Board of Elections ("Onondaga County BOE"), the New York State Board of Elections ("NYBOE"), and public records reveal that the federal election held on November 8, 2022, included candidates for the United States Senate and the United States House of Representatives.

11. Records obtained from the Onondaga County BOE and NYBOE reveal that COOK voted in, among other elections, the federal election held on November 8, 2022.

12. On October 5, 2026, HSI special agents interviewed COOK. COOK stated that (i) she was adopted and growing up thought she was a United States citizen but in a search for her biological mother discovered she had a German birth certificate and was not a United States citizen; (ii) she obtained her lawful permanent alien card ("green card") several years ago; and (iii) she voted in past elections.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that MARVA COOK, an alien, knowingly voted in a federal election, in violation of 18 U.S.C. § 611.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

INGOLF C HACK

Digitally signed by INGOLF C HACK
Date: 2026.10.16 15:10:26 -04'00'

Ingolf C. Hack, Special Agent

I, the Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on October 16, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Digitally signed by Mitchell J Katz
Date: 2026.10.16 16:41:04 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge