PAUL TUCK
ATTORNEY AT LAW

P.O. BOX 44
MANLIUS, NY 13104

315.314.4545
PAUL@PAULTUCKLAW.COM

November 10, 2026

*Via ECF*

Hon. Mitchell J. Katz
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261

RE: Request for assignment to a District Court Judge
*United States v. Cook*, 5:26-MJ-248 (MJK)

Dear Judge Katz:

On Wednesday, October 21, 2026, Marva Cook was arrested via warrant pursuant to a complaint for a violation of 18 U.S.C. § 611. She appeared in Syracuse on the charge and was released on her own recognizance. Shortly after, the Court provided me with a form to consent to a trial by complaint in front of a United States Magistrate Judge.

I have discussed the decision to proceed before a United States Magistrate Judge or a United States District Judge with my client, and we are formally requesting assignment before a United States District Judge.

The primary reason for this request is that Ms. Cook intends to file a motion to dismiss the complaint because 18 U.S.C. § 611 is an unconstitutional voter qualification law. *See e.g.*, *United States v. Cox*, No. 0:25-CR-60249, --- F. Supp. 3d ---, 2026 WL 2948729, at *2 (S.D. Fla. Oct. 1, 2026) (holding that 18 U.S.C. § 611 is an unconstitutional voter qualification law). Having this case go to a District Judge serves the purpose of judicial economy because the government could (and likely would, *see, e.g.*, *US v. Murillo*, Dkt. No. 41, 3:26-MJ-00004 (AMB) (W.D. Wis Aug 27, 2026 (attached hereto as Ex. 1)) petition to have this case transferred to a District Judge based on a novel issue of law. *See* 18 U.S.C. § 3401(f). Transfer to a District Judge also avoids the possibility of an intermediate appeal of a Magistrate

Judge's decision to a District Judge. *See* Fed. R. Crim. P. 58(g)(2). As such, in the interest of seeking a speedy resolution to this motion, we are asking for assignment to a District Judge.

Please let me know if you have any questions.

Respectfully submitted,

*/s/ Paul Tuck*
Paul Tuck

cc: AUSA Tamara Thomson via ECF